**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Shelby Division**

Case No. 10–40660
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Turner Lynn Fussell<br>   dba Turner Lynn Fussell's Lightning Delivery<br>72 Casey Lane<br>Spartanburg, SC 29301<br>Social Security No.: xxx–xx–0024 | Lori S. Fussell<br>72 Casey Lane<br>Spartanburg, SC 29301<br>Social Security No.: xxx–xx–2461 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Plan filed in the above referenced case on 10/15/2010 as document # 21 is defective for the reason(s) marked below:

   Plan Motions (Ch. 13) event required.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: October 18, 2010                                                                                                David E. Weich
                                                                                                                                    Clerk of Court

Electronically filed and signed (10/18/10)